KEALY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June

21, 1898.) Action by James Kealy against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.